# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MELROSE ALLEN-NGALULA, | : |
| Plaintiff, | : |
| | : No.: 1:16-CV-05 |
| v. | : |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP CORP., | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Plaintiff Melrose Allen-Ngalula and Defendants Unum Life Insurance Company of America and Unum Group Corp. ("Unum"), announce to the Court that all claims pending in this action as to all Parties have been compromised and settled without admission of liability pursuant to a confidential General Release and Settlement Agreement.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate that Plaintiff dismisses the above-captioned case with full prejudice and each party shall bear its own costs, expenses, attorney fees, or other fees.

Respectfully submitted November 29, 2016.

1

**ERIC BUCHANAN & ASSOCIATES, PLLC**

**s/ Hudson T. Ellis**
Eric L. Buchanan BPR #018568
ebuchanan@buchanandisability.com
Hudson T. Ellis, BPR #28330
ellish@buchanandisability.com
414 McCallie Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 634-2506
Facsimile: (423) 634-2505
*Attorneys for Plaintiff*

**MILLER & MARTIN PLLC**

**s/James T. Williams**
James T. Williams, BPR # 16341
james.williams@millermartin.com
Suite 12000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendants*